*Jones, Park & Johnston,* for defendant.

---

EDGE *et al. v.* CALHOUN NATIONAL BANK.

RUSSELL, C. J.   This is a companion case of *Edge* v. *Calhoun National Bank,* 155 *Ga.* 821 (118 S. E. 359). Both cases were tried by the same jury, although separate verdicts were returned as to each. The decision of all of the exceptions presented in the present case is controlled by the rulings of this court in the case above stated.

*Judgment affirmed. All the Justices concur*

*William E. & Gordon Mann,* for plaintiffs in error.

*J. G. B. Erwin,* contra.